**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6115**

_____

UNITED STATES OF AMERICA,

> Plaintiff – Appellee,

> v.

MIGUEL BRACAMONTES, a/k/a Miguel Rayo Bracamontes, a/k/a
Miguel Bracamontes-Rayo, a/k/a Reinaldo Palomares,

> Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (7:10-cr-00030-F-1)

_____

Submitted:  May 2, 2016                    Decided:  May 13, 2016

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Miguel Bracamontes, Appellant Pro Se.  Jennifer P. May-Parker,
Assistant United States Attorney, Seth Morgan Wood, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Miguel Bracamontes appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bracamontes, No. 7:10-cr-00030-F-1 (E.D.N.C. Jan. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED